UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| **Antonia DeNicola,** | **CIVIL ACTION NO.**<br>9:12-CV-2690-SB-BM |
| **Plaintiff,** | |
| **v.** | **PLAINTIFF'S ANSWERS TO RULE<br>26.01 INTERROGATORIES** |
| **Town of Ridgeland, South Carolina<br>and Ridgeland Police Department,** | |
| **Defendants.** | |

THE PLAINTIFF, ANSWERING THE RULE 26.01 INTERROGATORIES propounded by the Court, would state as follows:

**Interrogatory (A)**
State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response to Interrogatory (A):**

None.

**Interrogatory (B)**
As to each claim, state whether it should be tried jury or nonjury and why.

**Response to Interrogatory (B):**

Jury.

**Interrogatory (C)**
State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response to Interrogatory (C):**

The Plaintiff is an individual.

**Interrogatory (D)**
State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response to Interrogatory (D):**

This Court has federal question jurisdiction pursuant to 42 U.S.C.A. §1981 and §1982;

42 U.S.C.A. §2000e-2(a)(1) (Sex Discrimination and Workplace Harassment) and Title VII,

42 U.S.C.A. §2000e-3 (Retaliatory Discharge and Treatment), and Civil Rights Act of 1964,

§ 703 and 704.  Venue in this district is proper as Defendants are governmental entities doing

business in this district, and all relevant facts occurred in this district.

**Interrogatory (E)**
Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response to Interrogatory (E):**

No.

HARVEY & BATTEY, P.A.
Attorneys and
Counsellors at Law
Beaufort, South Carolina

Answers to Rule 2601 Rogs.wpd

Page 2 of  3

**Interrogatory (F)**
[Defendants only.]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response to Interrogatory (F):**

   Not applicable.

**Interrogatory (G)**
[Defendants only.]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response to Interrogatory (G):**

   Not applicable.

                                        **HARVEY & BATTEY, P.A.**


                                        **By:  /s/ WILLIAM B. HARVEY, III**
                                        **WILLIAM B. HARVEY, III**
                                        Fed. I.D. 1762
                                        Post Office Box 1107
                                        Beaufort, South Carolina  29901-1107
Beaufort, South Carolina                843-524-3109 telephone
                                        843-524-6973 telefax
Dated:  September 18, 2012              Attorneys for Plaintiff Antonia DeNicola

HARVEY & BATTEY, P.A.
Attorneys and
Counsellors at Law
Beaufort, South Carolina

Answers to Rule 2601 Rogs.wpd

Page 3 of  3