IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| ANTONIA DENICOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 9:12-cv-2690-SB-BM |
| | ) |
| TOWN OF RIDGELAND AND RIDGELAND | ) |
| POLICE DEPARTMENT | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendant responds to Rule 26.01 Interrogatories as follows:

(A)   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

Response:   None.

(B)   As to each claim, state whether it should be tried jury or nonjury and why.

Response:   Jury.

(C)   State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

Response:   No.

(D)   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

Response:   No Challenge.

(E)   In this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement

of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges

Response:     No.

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflection the correct identification.

Response:     Defendant is properly identified

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

Response:     No.

                                              Attorney for the Defendant,

                                              <u>/s/Charles F. Thompson Jr.</u>
                                              Charles F. Thompson, Jr.
                                              Lake Summers
                                              Malone, Thompson, Summers & Ott
                                              339 Heyward Street
                                              Columbia, S.C. 29201
                                              803-254-3300

This the 26th day of October 2012