IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Antonia DeNicola, | ) | C.A. No. 9:12-cv-2690-CWH-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **SECOND AMENDED** |
| | ) | **SCHEDULING ORDER** |
| Town of Ridgeland, South Carolina | ) | |
| and Ridgeland Police Department, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case.

1.  Discovery shall be completed no later than October 21, 2013. All discovery requests shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

2.  All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before December 23, 2013.

3.  Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before November 19, 2013. At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided



1

the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

**IT IS SO ORDERED.**

_____
BRISTOW MARCHANT
United States Magistrate Judge

July 8, 2013
Charleston, South Carolina



2