1      A.    Just -- I mean, basically it was in

2   attitude.  I mean, it was just -- everything was

3   gloom and doom and she was overworked and couldn't

4   get her work done and...

5      Q.    **Was she overworked?**

6      A.    Was she overworked?  I thought possibly

7   at the time that she was, but I don't believe that

8   now.

9      Q.    **Why did you think so at the time?**

10     A.    Because I -- the only thing I had to

11  base that on was what she was telling me.

12     Q.    **And why do you -- do you not think that**

13  **now?**

14     A.    Because since she's been replaced, the

15  -- the two people have been in there -- one was in

16  there on an interim basis till we hired someone

17  full time -- I mean, it wasn't -- they weren't in

18  there three weeks and they were telling me that

19  they needed something to do because they were

20  bored.

21     Q.    **Who is there now?**

22     A.    Joanna Dubose is in there now.

23     Q.    **Did Joanna Dubose work for the town**

24  **before that?**

25     A.    No.

1    A.    Correct.

2    Q.    **And when was it done?**

3    A.    The day of the week?

4    Q.    **Yes.  The --**

5    A.    You know, I can't remember.  Now it's

6    done on Thursdays.  I think -- I think that it was

7    done on Thursdays then as well.  Some days it would

8    vary though.  She would come in early and do those

9    duties.

10    Q.    **Prior to this -- to her cleaning the**

11    **offices was it done by an employee or by a service?**

12    A.    Well, it -- no.  It -- when I first

13    came there, it was done by an employee from up

14    front, that worked up front for town hall side.

15    They had had an overtime arrangement or something,

16    but it was -- it wasn't a very thorough cleaning.

17    Let's put it that way.

18            And -- and then we had had somebody

19    else coming in that was doing it for a while, and

20    then it kind of stopped because they didn't -- I

21    didn't think we were getting the bang for our buck

22    at that time, and then I think there was a period

23    of time where basically the officers were doing it,

24    which they're doing now with the assistance of

25    general services comes in once a week, but we

1    handle all our own vacuuming and that kind of stuff

2    now.

3        Q.    Who does that vacuuming now?

4        A.    The officers do.  I've done it.

5    Captain's done it.  Just whenever it gathers up or

6    piles up we'll...

7        Q.    And when was this taken away from her?

8        A.    I can't recall the -- the date, but

9    basically we -- we had tightened up on our

10   spending, and that was one of the things that we

11   could have done without that we continue to do

12   without to this day.

13       Q.    And why was she told it was taken away

14   from her?

15       A.    I would assume she was told that it was

16   taken away 'cause we couldn't afford to do it

17   anymore and that we were trying to save every

18   dollar that we could.

19       Q.    Was she paid out of drug fund money?

20       A.    Correct.

21       Q.    So the drug fund couldn't afford that

22   anymore?

23       A.    Not in my opinion, no.  Not at that

24   time.

25       Q.    Was her payment -- the payment of her

1    salary, was that one of the things that was found

2    on the audit to be improper?

3              A.    No.

4              Q.    So her payment of -- the cleaning

5    offices from the drug fund was a proper

6    expenditure?

7              A.    Correct.

8              Q.    And you just felt that the drug fund

9    couldn't afford it anymore?

10             A.    We had had -- yeah, yeah.  Exactly.

11             Q.    Tell me.  We had had what?

12             A.    I mean, yeah.  Exactly.

13             Q.    Were you under any investigation at

14   that time by DOJ?

15             A.    I've never been under investigation by

16   DOJ, so the answer is no.

17             Q.    I understand.  Was there any

18   question --

19             A.    No.

20             Q.    -- at that time?

21             A.    No.

22             Q.    Okay.  Was the taking away -- do you

23   know that the taking away of the cleaning services

24   was after the report that she made concerning

25   Mr. McIntosh, Officer McIntosh?

1    Q.    Did you ever ask her if she cooked in

2  the nude?

3    A.    I couldn't imagine a context that she

4  and I would have ever had a conversation like that,

5  so I would say no.

6    Q.    Did you ever have any conversation with

7  her of -- that was sexual in nature?

8    A.    No.

9    Q.    Were you ever aware of any

10  conversations by any of your officers with

11  Ms. DeNicola that was sexual in nature?

12    A.    No.

13    Q.    Were you ever aware of any personal

14  conflict between her and Captain Mador?

15    A.    Yes.

16    Q.    Tell me about that.

17    A.    Her and the captain were very, very

18  close, and I would -- I viewed it -- I was going to

19  say portray.  I viewed it as almost like a

20  mother-son relationship.  He and Toni were very

21  close, and I know that she had helped him

22  financially and that -- I think that she had

23  organized a housewarming when he had moved into

24  Ridgeland Lakes, and I know that she had told me

25  that she had given him a credit card at one time

1  as a negative or, you know, somebody worrying about

2  what she was doing or Toni was spending too much

3  time on the phone or Toni was spending too much

4  time, you know, on the computer shopping or

5  whatever, and, you know, that one time it was Toni

6  had talked over 5,000 minutes on her cell phone for

7  the month, that somebody else up front had gotten

8  the phone bill and looked at it and -- you know,

9  and made a -- made an issue of it.

10      Q.    **Was it an ever an issue with you?**

11      A.    With the phone?

12      Q.    **Yeah.**

13      A.    I thought that 5,000 minutes was

14  excessive, yeah, but I mean, it didn't end up -- in

15  the big picture, no, it wasn't a big deal because

16  we didn't go over our minutes.  We still were

17  within our pool.  It still was the same fee that it

18  was every other month.  Now, I spoke to Toni about

19  that.  It was her and one other employee at the

20  same time.

21      Q.    **Who was that?**

22      A.    Tina Orr was the other employee.  She

23  was at 63, 6400.  That's a lot of minutes if you

24  want to break that down.

25      Q.    **Was that just one month?**

1    Q.    And Toni was moved?

2    A.    Yes. I didn't move Toni.  That wasn't

3  my decision.

4    Q.    Whose decision was it?

5    A.    Jason Taylor's, I would assume.

6    Q.    Well, how did it get to Jason Taylor?

7    A.    Because that morning -- this -- this is

8  the way the whole -- that incident went down.  It

9  was -- I don't remember what day of the week it

10  was.  I came in that morning, parked in my spot,

11  got out of my car.  The captain was sitting on the

12  bench.  He and I started talking.

13         The door comes flying open.  Toni comes

14  outside and says I don't get paid enough to put up

15  with this fucking shit and starts crying and you've

16  got to do something about it, Richard, and back

17  through the door she went.

18         I looked at Frankie, and I said what is

19  going on?  He said I don't know.  Let me find out.

20  And then she went back up front, went to town hall,

21  filled out a harassment complaint, and that was the

22  gist of that.

23         Sent them both for polygraphs.  On the

24  form, the harassment form, it asks are you willing

25  to take a polygraph, and she had checked that, and

1    think it was going to be a good idea, and then that

2    was the end of it and then she was moved.

3         Q.    Why did you not think it would be a

4    good idea?

5         A.    I didn't -- I just didn't think it was

6    going to be a good idea.  Just in my personal

7    opinion I didn't think it was going to be a good

8    idea.  I didn't want to go back through the hassle

9    of having to -- to find someone to replace her and

10   get them trained and get them up to speed and...

11        Q.    She at the time was the victims'

12   advocate still?

13        A.    Correct.

14        Q.    Was she doing a decent job of that?

15        A.    She was doing an okay job.  I mean,

16   there had been some bumps in the road, but I mean,

17   nothing -- nothing catastrophic, but I mean, there

18   had definitely been a decline in her attitude.

19   It'd just progressively gotten worse.

20        Q.    But you wanted her to stay in the

21   position she was in?

22        A.    Yeah.  I felt that that was the best

23   place for her to be.

24        Q.    And you told that to Jason?

25        A.    Yes.

1    Q.    Were there any conflict issues between

2    her and Penny Daley?

3         A.    I think there had been some -- some

4    issues, yes.

5         Q.    And you knew that, going over to the

6    water department, she was going to be working under

7    Penny?

8         A.    To be honest, I mean, I didn't think

9    that far.  I was being more selfish in my thoughts

10   with that of wanting to keep her back on -- on our

11   end for our benefit, but I know -- because at one

12   time I had sensed a friction between her and some

13   of the people up front, but I -- it appeared that

14   all of that had been mended, that -- you know, I

15   think she was going to one of them's house for

16   supper, and her and another one were hanging out a

17   good bit and all and I thought everything was good.

18        Q.    Did you relay any of that to Jason?

19        A.    No.

20        Q.    Was Jason aware of that, or do you

21   know?

22        A.    I have no clue.

23        Q.    Was her movement by Jason to the water

24   department in response to her filing the harassment

25   complaint against McIntosh?

1       Q.   -- duties?

2       A.   No, no, not by the mixing of the

3 duties.  Just the duties that she had, her regular

4 duties.

5       **Q.   Did she ever complain to you that she**

6 **was being asked to do town hall duties --**

7       A.   I think --

8       **Q.   -- up there?**

9       A.   I think that it had been mentioned,

10 yes.

11       **Q.   Okay.  And your response to that was**

12 **what?**

13       A.   It's out of my control.  I mean, she

14 works for the Town of Ridgeland just like I do, and

15 she happens to be assigned to the Ridgeland Police

16 Department, and if the administrator wants her to

17 do something, then it's -- then it's going to be

18 done.

19       You know, I don't -- it certainly

20 wasn't a -- anything constant.  You know, it may be

21 to help out from time to time, but as a matter of

22 routine -- of her routine duties, no, no.

23       **Q.   Did Jason Taylor come to talk to you**

24 **about her complaint of a hostile work environment?**

25       A.   We discussed it.  I don't know if he

1    department?

2        A.    Yeah.

3        Q.    Is it your testimony that you did not

4    ever make any derogatory comment about Jaime Gordon

5    in the presence of Ms. DeNicola?

6        A.    Yes.

7        Q.    Did Ms. DeNicola make any report to you

8    about damage to her vehicle?

9        A.    Yes.

10        Q.    And tell me what that was about.

11        A.    Well, there -- I mean, there was a

12    couple of incidents.  She had said one time that

13    somebody had spit on it, that she thought somebody

14    had spit on it, that one time after it had just

15    been washed she said that there was a scratch on

16    the -- I think the passenger's door.

17            And she had alleged that someone had

18    let the air out of her tire and caused a blowout or

19    a flat tire or whatever on -- for her.  She had to

20    pull over on I-95.

21            And there was nothing -- and which I

22    had Lieutenant Litchfield do an internal on that,

23    and there was nothing, nothing that we could

24    substantiate.

25        Q.    Did she tell you who she thought might

1   have done that?

2       A.   You know, I can't say definitively.  I

3   think maybe that she had insinuated that she

4   thought maybe Dobbs had done it, but I can't...

5       Q.   Did you ask Dobbs?

6       A.   It was passed on to the lieutenant for

7   an internal investigation, and it was

8   unsubstantiated.  We couldn't -- we couldn't find

9   anything.  You know, I mean, there was an alleged

10  scratch on the door.  I mean, it was -- it was

11  unfounded.

12      Q.   Did Toni DeNicola deal with the

13  department of motor vehicles about the cars, the

14  titles to the cars and things like that?

15      A.   I would think so.  I can't say

16  definitively, but, yeah.  I can't see why not, why

17  she wouldn't get tags or whatever.

18      Q.   Are you aware of an issue with an F-250

19  that she was asked to get the title change for?

20      A.   I was aware of an issue that we had

21  getting a title for an F-250.

22      Q.   Tell me about that.

23      A.   It was a truck that was seized, and we

24  had to get a title for it.

25      Q.   And how was that handled?

1    derogatory.   There was nothing to humiliate her.

2    And I can tell you this, that Toni DeNicola never

3    had a bigger advocate at the Town of Ridgeland than

4    Richard Woods, period.

5            Q.    **Did you have that discussion with Jason**

6    **Taylor --**

7            A.    What --

8            Q.    **-- when he wanted to fire her?**

9            A.    When he wanted to fire her?

10           Q.    **Yeah.**

11           A.    What are you talking about?   Where are

12    we going with this?

13           Q.    **Did you have the discussion --**

14           A.    Are you talking about moving to the

15    water department?

16           Q.    **Yes.**

17           A.    No, I didn't have that discussion with

18    him.   He knew that.   I mean, it was known.   It was

19    known that I was going to stand up for her.   It was

20    known that I wasn't going to cave in on the

21    pressure and on the -- you know, or if somebody

22    insinuated something like the car, that -- you

23    know, why does she have the car, you know, I just

24    wasn't going to -- I was going to run the police

25    department, and that's what I did until I was told