Francisco A. Mador - October 7, 2013

48

1  story?
2        A.   No.
3        Q.   Did she report to you that someone
4  threw coffee of her car?
5        A.   Yeah.  She did say that.
6        Q.   What did you do about that?
7        A.   Had Litchfield look into it.
8        Q.   And what did he find out?
9        A.   The person, I think she accused Dobbs
10 of doing that, and of course he denied it.  There
11 is no evidence there.  So there is no proof that
12 Dobbs did it.  She did have some liquid substance
13 that she said was coffee on her vehicle, but.
14       Q.   Did she report to you that someone
15 scratched her car?
16       A.   Yeah.  I think that when Marvin use to
17 wash vehicles, washed her vehicle and then later on
18 that day she said she had a scratch on one of the
19 doors, I think it was by the door handle.
20       Q.   Did you look into that?
21       A.   Yeah.  I went out there and she showed
22 it to me and I told her it just as well may have
23 come from him when he washed the vehicle.
24       Q.   Did the incident regarding the tire
25 blow out, did she ask for a copy of the

1   investigation report?
2       A.  I don't know if she did or not.
3   Because with Litchfield doing an internal, if he
4   forwarded it anywhere it would have been to the
5   Chief.
6       Q.  He didn't want to give her a copy?
7       A.  I didn't say that.  You asked me if she
8   asked for a copy and I told you I didn't know if
9   she did or not.
10      Q.  Did you repay any money to
11  Toni DeNicola from the purchase of your house?
12      A.  I'm trying to remember.  I don't think
13  so.  I think she helped me with the credit card to
14  get Stephanie's dental work and then I think I had
15  maybe -- I can't even remember for sure.  But I
16  think she helped me with the IRS because I had
17  gotten a bill from them for $1,350 bucks I think it
18  was.
19      Q.  Were you told about a derogatory
20  comment that officer McIntosh made in front of
21  Toni DeNicola?
22      A.  Yes.
23      Q.  And what was that comment?
24      A.  I believe he said that all woman all
25  cunts.

57

1  altercation.
2      Q.   And what was her state of mind?
3      A.   She was mad. She was pissed.
4      Q.   Tell me what happened.
5      A.   She pretty much came out the door and
6  said, I didn't come to work here for this fucking
7  shit.
8           And I said, whoa, what's going on? And
9  that's when I said, I got this Chief. And I went
10 back inside. Took her down the hallway to try to
11 figure out what went on and that is when Chief got
12 Lieutenant Litchfield to do an internal on it.
13     Q.   And what was the internal?
14     A.   Basically, I think he got statements
15 from both of them, talked to both of them, and then
16 she had filed a complaint with human resources and
17 I think Jason Taylor said he wanted to do a
18 polygraph. So they went to Beaufort County I think
19 and did it.
20     Q.   And you saw the results of the
21 polygraph?
22     A.   Yes. One was inconclusive and the
23 other said no deceit I think it was.
24     Q.   Why was it inconclusive?
25     A.   I don't know. I'm not an examiner.